UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS H. RATNER, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO. 3:10-0524 |
| NORCOLD, INC., | ) | Judge Haynes/Bryant |
| Defendant. | ) | |

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 9).

An initial case management conference is set for **Tuesday, August 24, 2010,** at **10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to August 24, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge