IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS H. RATNER and ROSALYNDA RATNER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:10-00524 JUDGE HAYNES |
| v. | ) ) | |
| NORCOLD, INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, Defendant's motion for partial summary judgment (Docket Entry No. 16) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 9th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge