# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

| | |
|---|---|
| TOMAS H. RATNER and ROSALYNDA RATNER | ) ) |
| PLAINTIFFS, | ) Case No: 3:10-cv-00524 ) |
| v. | ) Judge: William J. Haynes, Jr. ) Magistrate: |
| NORCOLD, INC. | ) ) JURY DEMAND |
| DEFENDANT. | ) ) ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel herein below, that this matter has been settled. Plaintiffs have agreed to dismiss with prejudice, all claims against Defendant Norcold, Inc.;

Each party shall bear their own discretionary costs; and

This case is dismissed with prejudice.

IT IS SO ORDERED.

WILLIAM J. HAYNES, JR.
United States District Court Judge

Approved for Entry:

s/J. BRITT PHILLIPS
J. BRITT PHILLIPS, #20937
**Sutter, O'Connell & Farchione**
341 Cool Springs Blvd.
Suite 430
Franklin, TN 37067
(615) 771-5008
Attorney for Defendant

1